UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNRY GARCIA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 16-cv-10090-IT |
| | * |
| NATIONSTAR MORTGAGE LLC, | * |
| | * |
| Defendant. | * |

ORDER

June 2, 2016

TALWANI, D.J.

On April 13, 2016, Plaintiff, Jennry Garcia, and Defendant, Nationstar Mortgage LLC, reported that Plaintiff's loan modification application submitted to Defendant was pending. At the parties' request, the court stayed the case. The parties are directed to file a joint report concerning the status of the loan modification application and any need for the stay to remain in effect no later than July 1, 2016, and until the stay is lifted, on the first date of each month thereafter.

IT IS SO ORDERED.

June 2, 2016                                    /s/ Indira Talwani
                                                U.S. District Court Judge